IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**COY E. FISHER,**

    Plaintiff,

v.                                                                     No. 18-cv-0646 CG/SMV

**JEFFERY L. ROBERTSON,
ACCC GENERAL,[1] JOHN DOES I-X,
and JANE DOES I-X,**

    Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time:**      November 2, 2018, at 1:30 p.m.

**Matter to be heard:** Case status and the Court's expectations regarding Initial Disclosures

A telephonic status conference is set for **November 2, 2018, at 1:30 p.m.** Counsel must call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[2] The Court requests that counsel read Fed. R. Civ. P. 26(a)(1) (Required Disclosures—Initial Disclosures) prior to the status conference.

    **IT IS SO ORDERED.**

                                                        **STEPHAN M. VIDMAR
United States Magistrate Judge**

---

[1] Apparently, this Defendant was improperly identified in the Complaint as "ACCC General"; the correct name is "ACCC Insurance Company." [Doc. 1] at 1.

[2] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.