IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

COY E. FISHER, an individual,

    Plaintiff,

v.                                                     2:18-CV-00646-CG/SMV

JEFFERY L. ROBERTSON; ACCC GENERAL;
JOHN DOES I-X; JANE DOES I-X,

    Defendants.

## ORDER TO WITHDRAW

THIS MATTER having come before the Court upon third party Workers' Compensation Administration's Unopposed Motion to Withdraw. *Doc. 33.* The Court, having reviewed the Motion, finding that the parties concur and being otherwise fully advised in the premises,

IT IS THEREFORE ORDERED that the Workers' Compensation Administration is allowed to withdraw from electronic service so that it does not receive any future mailings from the court or counsel.

 

_____
THE HONORABLE STEPHAN M. VIDMAR
United States Magistrate Judge

SUBMITTED BY:


_____*/s/  Craig C. Kling*_____
CRAIG C. KLING, for WCA
WCA Assistant General Counsel


Approved by:


*Telephonically approved on 1/25/19*___
JOSEPH M. ZEBAS, Esq.
Attorney for Plaintiff


*Electronically approved on 1/23/19*____
A. RENEE MASCAREÑAS, Esq.
Attorney for Defendants