IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

COY E. FISHER,

    Plaintiff,

v.                                        CV No. 18-646 CG/SMV

JEFFERY L. ROBERTSON, et al.,

    Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court on its Trial Scheduling Conference, held April 11, 2019. **IT IS HEREBY ORDERED** that a follow-up status conference will be held by telephone on **Thursday, July 18, 2019, at 3:00 p.m.** The conference will address the scheduling and location of the trial and other significant pretrial hearings.

Parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE