IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

COY E. FISHER, an individual,

       Plaintiff,

vs.

No. 18-cv-0646-CG/SMV

JEFFERY L. ROBERTSON; ACCC INSURANCE COMPANY; MS DIRECTIONAL, LLC d/b/a MS ENERGY SERVICES, LLC; JOHN DOES, I-X; JANE DOES, I-X,

       Defendants.

## ORDER GRANTING STIPULATED MOTION TO FILE AMENDED COMPLAINT

THIS MATTER HAVING come before the Court on Plaintiff's Unopposed Motion for Leave to File Amended Complaint and the Court being fully advised FINDS:

IT IS, THEREFORE, ORDERED, ADJUDGED, and DECREED that the Unopposed Motion for Leave to File Plaintiff's Amended Complaint is hereby GRANTED and it is ORDERED THAT: Plaintiff may file his Amended Complaint within 15 days of the date of this Order.

                                                        _____
                                                        HONORABLE STEPHAN M. VIDMAR
                                                        U.S. MAGISTRATE JUDGE

SUBMITTED BY:

**ZEBAS LAW FIRM, L.L.C.**
<u>/s/ Joseph M. Zebas</u>
Joseph M. Zebas
joe.zebas@zebaslaw.com
P.O. Box 1675
Hobbs, NM 88241
(575) 393-1024
*Attorney for Plaintiff*

APPROVED AS TO FORM:

MADISON, MROZ, STEINMAN & DEKLEVA, P.A.

/s/_____
Minal P. Unruh
mpu@madisonlaw.com
P.O. Box 25467
Albuquerque, NM 87125
(505) 242-2177
*Attorney for Defendants*