IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

COY E. FISHER,

    Plaintiff,

v.                                                                                                      CV No. 18-646 CG/SMV

JEFFERY L. ROBERTSON, et al.,

    Defendants.

## ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

**THIS MATTER** is before the Court on the parties' *Stipulated Motion for Dismissal with Prejudice* (the "Motion"), (Doc. 83), filed June 26, 2020. The Court, having reviewed the Motion and being otherwise fully advised in the premises, finds that the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the above-captioned and numbered cause between Plaintiff Coy E. Fisher and Defendants Jeffery L. Robertson and ACCC Insurance Company, is dismissed with prejudice. Each party shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE